# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA J. MORGAN, | Case No: 5:16-CV-01783-GJS |
| Plaintiff | [~~PROPOSED~~] **JUDGMENT** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order Of Remand.

DATE: March 16, 2017

GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

-1-